EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | Certiorari |
| | 2015 TSPR 1 |
| Mónica del C. Díaz Nieves | 192 DPR ____ |

Número del Caso: TS-13,227

Fecha: 2 de enero de 2015

Abogado de la Parte Peticionaria:

     Lcda. María del C. Guerrero Espada

Materia: Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  | | |
|---|---|---|
| *In Re:* Mónica del C. Díaz Nieves | **TS-13,227** | *Reinstalación* |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 2 de enero de 2015.

Examinada la *Moción Informativa en Solicitud de Reinstalación al Ejercicio de la Abogacía* presentada por la Peticionaria el 18 de diciembre de 2014, se declara *Ha Lugar* dicha solicitud y se autoriza la reinstalación inmediata de la Lcda. Mónica del C. Díaz Nieves a la práctica de la profesión legal.

Publíquese.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo